# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 28, 2013

147339 & (19)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 147339
COA: 311160
Washtenaw CC: 11-000787-FH

KEITH DOUGLAS KILBY,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the May 15, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for stay is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2013



Clerk

p1021